■ Henry T. Lau, Appellant, v Margaret E. Pescatore Parking, Inc., et al., Respondents. [41 NYS3d 889]—

Order, Supreme Court, New York County (George J. Silver, J.), entered December 26, 2014, which granted defendants' motions for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants established their entitlement to judgment as a matter of law in this action where plaintiff alleges that he was injured when he tripped over a cord that was tied from a street sign to a parking barrel located in the street in front of a parking garage owned by defendant Tai Ming Development Corp., and managed by defendant Margaret E. Pescatore Parking, Inc. Defendants submitted evidence showing that they did not own, control, or have notice of the barrel or the cord (*see generally Gordon v American Museum of Natural History*, 67 NY2d 836 [1986]). In opposition, plaintiff failed to raise a triable issue of fact, as he proffered no evidence linking defendants to either the barrel or the decision to tie it to the street sign. Concur—Sweeny, J.P., Renwick, Richter, Manzanet-Daniels and Kapnick, JJ.